United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK DIBARTOLO,

Plaintiff,

v.

NATIONWIDE INSURANCE COMPANY OF AMERICA, et al.,

Defendants.

Case No. 25-cv-07795-VC (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 31

The deposition notices for Plaintiff's litigation counsel, Thomas A. Morgan and Nicole Ayala, are **QUASHED**. Defendants have not satisfied the standard for deposing opposing counsel.

**IT IS SO ORDERED.**

Dated: September 11, 2026

THOMAS S. HIXSON
United States Magistrate Judge